**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:04CR274-MU**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| **Thuan Huu Nguyen (1)** ) | |
| **Adrian Lee Du (12)** ) | |
| **Or Chan (13)** ) | |
| **Loc Ba Vu (16)** ) | |
| **Sinal Puth (18)** ) | |

     **THE MATTER** is before the court upon the Court's own motion for a continuance of this matter from the July 11, 2005 criminal term in the Charlotte Division.

     **The court finds** sufficient cause for a continuance in this matter. The court further finds that the ends of justice served by taking such action outweigh the interest of the public and Defendant to a speedy trial as set forth in 18 U.S.C. 3161(h)(8)(1).

     **IT IS THEREFORE ORDERED** that this matter is hereby continued to the **September 12, 2005 criminal term as to the above named Defendants in this case** in the Charlotte Division.

     The Clerk is directed to certify copies of this order to Defendants, counsel for Defendants, to the United States Attorney, the United States Marshals Service, and the U.S. Probation Office.

**Signed: June 28, 2005**

Graham C. Mullen
Chief United States District Judge