RECEIVED
CHARLOTTE, N.C.
JUN 30 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

FILED
CHARLOTTE, N. C.
JUL -5 2005
U. S. DISTRICT COURT
W. DIST. OF N. C.

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:04CR274-MU |
| ) | |
| v. ) | <u>ORDER UNSEALING</u> |
| ) | |
| THUAN HUU NGUYEN, et al. ) | |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the case, the Second Superseding Bill of Indictment be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the case listed above be unsealed.

This the 5th day of July, 2005.

_Carl Horn, III_
UNITED STATES MAGISTRATE JUDGE